# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 24-2009        **Short Title:** Ramos-Cruz v. Martinez Ador

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Lorraine Martinez-Adorno, Domingo Emanuelli-Hernandez                                           as the

[✔] appellant(s)         [ ] appellee(s)              [ ] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)            [ ] intervenor(s)

| | |
|---|---|
| S/Luis R. Roman-Negron | November 18, 2024 |
| Signature | Date |
| Luis R. Roman-Negron | |
| Name | |
| Roman Negron Law, PSC | 787-979-2007 |
| Firm Name (if applicable) | Telephone Number |
| PO Box 360758 | |
| Address | Fax Number |
| San Juan, PR 00926 | lrn@roman-negron.com |
| City, State, Zip Code | Email (required) |

Court of Appeals Bar Number: 91,490

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No._____

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).