# United States Court of Appeals
## For the First Circuit

---

## NOTICE OF APPEARANCE

**No.** 24-2009　　　**Short Title:** Ramos-Cruz v. Martinez Ador

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>Lorraine Martinez-Adorno; Domingo Emanuelli-Hernandez; Ana I. Escobar</u> as the

[✓] appellant(s)　　　[ ] appellee(s)　　　[ ] amicus curiae

[ ] petitioner(s)　　　[ ] respondent(s)　　　[ ] intervenor(s)

<u>/s/Omar Andino-Figueroa</u>　　　<u>12/18/2024</u>
Signature　　　　　　　　　　　　　Date

<u>Omar Andino-Figueroa</u>
Name

<u>Office of the Solicitor General of PR</u>　　<u>(787) 721-2900, ext. 1501</u>
Firm Name (if applicable)　　　　　　　　　Telephone Number

<u>PO Box 9020192</u>
Address　　　　　　　　　　　　　　　　　Fax Number

<u>San Juan, PR 00919</u>　　<u>omar.andino@justicia.pr.gov</u>
City, State, Zip Code　　　Email (required)

Court of Appeals Bar Number: <u>1197240</u>

Has this case or any related case previously been on appeal?

[✓] No　　　[ ] Yes　Court of Appeals No. _____

====================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).