THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
_____

No. 24-2009

ANTONIO RAMOS-CRUZ.

*Petitioner – Appellee,*

v.

LORRAINE MARTÍNEZ ADORNO, in their official capacity; DOMINGO EMANUELLI HERNÁNDEZ, in their official capacity,

*Respondents – Appellants.*

ANA ESCOBAR-PABON,

*Respondent.*

# MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' BRIEF

**FERNANDO FIGUEROA-SANTIAGO**
Solicitor General of Puerto Rico
USCA No. 1198674
P.O. Box 9020192
San Juan, PR 00902-0192
Tel. (787) 721-2900
*Attorney for Appellants*

**LUIS R. ROMAN-NEGRON**
USCA No. 91490
ROMAN NEGRON LAW, PSC
P.O. Box 360758
San Juan, PR 00936
Tel. (787) 979-2007
*Attorney for Appellants.*

December 27, 2024

The Respondents-Appellants, Lorraine Martínez-Adorno and Domingo Emanuelli-Hernandez, each in their official capacities, hereby move under Federal Rules of Appellate Procedure 26(b), 27, and 31(a)(1), and this Court's Rules 27 and 31, for an order modifying the briefing schedule entered by the Court on December 4, 2024. Under the current briefing schedule, appellants' brief and appendix are due on January 13, 2024, and appellees' brief is due 30 days thereafter.

For good cause set forth herein, appellants request that the deadline for filing their brief and appendix be extended by forty-five (45) days, until **February 27, 2025**.

As grounds for this motion, we respectfully inform that the appellants' counsel will have significant litigation commitments—both in the Puerto Rico and Federal courts—in the first weeks of January 2025. This case has a voluminous record before the district court, particularly pertaining to the transcripts of the state court trial, and the undersigned counsel needs more time to adequately prepare the appellants' brief. In addition, a new government administration will be sworn in on January 2, 2025, which will likely result in changes in the managerial structures of the Puerto Rico Department of Justice. The Office of the Solicitor General would like to thoroughly discuss, and receive the input, of the new administration prior to making any significant filings in this and other important cases currently on appeal. Finally, the undersigned counsel certifies that this request is made in good faith and will not

unfairly prejudice the parties, as the extension requested is short, and we have been informed that the appellee is not currently incarcerated.

WHEREFORE, the appellants respectfully request the Court to take notice of the foregoing and allow an extension of forty-five (45) days, until February 27, 2025, for appellants to file their brief and appendix.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 27th day of December 2024.

| | |
|---|---|
| *s/Fernando Figueroa Santiago* | *s/Luis R. Román-Negrón* |
| **FERNANDO FIGUEROA-SANTIAGO** | **LUIS R. ROMAN-NEGRON** |
| Solicitor General of Puerto Rico | USCA No. 91490 |
| USCA No. 1198674 | ROMAN NEGRON LAW, PSC |
| P.O. Box 9020192 | P.O. Box 360758 |
| San Juan, PR 00902-0192 | San Juan, PR 00936 |
| Tel. (787) 721-2900 | Tel. (787) 979-2007 |
| *Attorney for Appellants* | *Attorney for Appellants.* |

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) in that, according to the word-count function of the word-processing program used to prepare the motion (Microsoft Word), the motion contains 304 words, excluding the portions exempted by Rules 27 (d)(2) and 32(f).

<em><u>/s/ Luis R. Roman-Negron</u></em><br>
Luis R. Roman-Negron

**CERTIFICATE OF SERVICE**

On December 27, 2024, I filed the foregoing using the CM/ECF system, which effected service on all registered counsel.

*/s/ Luis R. Roman-Negron*
Luis R. Roman-Negron