# United States Court of Appeals
### For the First Circuit

No. 24-2009

ANTONIO RAMOS-CRUZ,

Petitioner - Appellee,

v.

LORRAINE MARTÍNEZ ADORNO, in their official capacity; JANET PARRA MERCADO, in their official capacity,

Respondents - Appellants,

ANA ESCOBAR-PABON,

Respondent.

**ORDER OF COURT**

Entered: February 27, 2025
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellants Lorraine Martínez Adorno and Janet Parra Mercado to file a brief and appendix be enlarged to and including **March 24, 2025**. We are disinclined to grant a request for further enlargement of this deadline.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Mariola Abreu Acevedo, Omar J. Andino Figueroa, Rachel Brill, Idza Díaz-Rivera, Fernando Figueroa Santiago, Kevin Lerman, Franco L. Pérez-Redondo, Luis R. Roman-Negron