No. 24-2009

# United States Court of Appeals for the First Circuit

Antonio Ramos Cruz, *Petitioner – Appellee*,

*v.*

Lorraine Martínez Adorno, *Warden*;
Janet Parra Mercado, *Acting Sec'y of Justice*, *Respondents – Appellants*,
Ana Escobar-Pabón, *Sec'y of P.R. Dep't of Corr. and Rehab.*, *Respondent*

On Appeal from the U.S. District Court, District of Puerto Rico

## Motion to Consolidate with Case No. 24-2150

Pursuant to Federal Rule of Appellate Procedure 3(b)(2), Appellee Antonio Ramos-Cruz respectfully moves to (i) consolidate this appeal, No. 24-2009, with that filed by respondents in No. 24-2150, and (ii) align both cases' briefing deadlines.

The following supports consolidation. Respondents in both matters appeal from the grant of writs of habeas corpus issued to Petitioners Antonio Ramos-Cruz (granted on September 30, 2024, in 20-cv-1589), and Juan Carlos Meléndez-Serrano (granted on December 13, 2024, in 20-cv-1588 (see ECF Nos. 77-78)). Both men were wrongfully convicted at the same 1992 murder trial prosecuted by ex-prosecutor Andrés Rodríguez Elías—who's now involved in six wrongful convictions.

Demonstrating the related nature of these cases, that of Meléndez-Serrano was transferred without objection to Senior District Judge Francisco A. Besosa (see

ECF Nos. 37-38), since he was already presiding over the petition filed by Mr. Ramos in 20-cv-1589. Both men sought post-conviction relief together, which was granted in 2017 in the Puerto Rico Court of First Instance. And both men raised similar challenges to the Puerto Rico Court of Appeals order vacating the relief afforded in 2017. So the two appeals have shared procedural backgrounds and issues that intimately overlap. As such, consolidating these cases would serve the interests of judicial economy.

Further, consolidation would obviate the need for duplicative appendices and needless expenditures of time and resources by the parties and the Court. Finally, it would prevent the possible prejudice that may ensue if either of the appellees do not have the opportunity to respond to arguments that may be made by appellants in the other's case, even though those arguments may affect their case.

Counsel for Mr. Meléndez-Serrano does not oppose consolidation.

**WHEREFORE,** Appellee Antonio Ramos-Cruz, through counsel, respectfully moves the Court to note and grant the present motion, thereby consolidating Appeal No. 24-2009 and Appeal No. 24-2150 and align any deadlines in order to reflect the order of consolidation.

RESPECTFULLY SUBMITTED on March 17, 2025.

**RACHEL BRILL**
Federal Public Defender
District of Puerto Rico

**s/FRANCO L. PÉREZ-REDONDO**\*
Assistant Federal Public Defender,
Supervisor, Appellate Unit
First Circuit Bar No. 1175955

**s/KEVIN E. LERMAN**
Assistant Federal Public Defender
First Circuit Bar No. 1194361

241 F.D. Roosevelt Ave.
San Juan, Puerto Rico 00918
T. (787) 281-4922
E. Franco_Perez@fd.org

**\*CERTIFICATION:** I ECF-filed this document, notifying counsel for the appellants.