# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 24-2009    **Short Title:** Ramos-Cruz v. Martinez Ador

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Antonio Ramos-Cruz                                                                 as the

[ ] appellant(s)         [✓] appellee(s)         [ ] amicus curiae

[✓] petitioner(s)        [ ] respondent(s)       [ ] intervenor(s)

| | |
|---|---|
| s/Franco L. Pérez-Redondo | March 19, 2025 |
| Signature | Date |
| Franco L. Pérez-Redondo | |
| Name | |
| Federal Public Defender District of P.R. | (787) 281-4922 |
| Firm Name (if applicable) | Telephone Number |
| 241 F.D. Roosevelt Ave. | (787) 281-4899 |
| Address | Fax Number |
| San Juan, PR 00918 | franco_perez@fd.org |
| City, State, Zip Code | Email (required) |

Court of Appeals Bar Number: 1175955

Has this case or any related case previously been on appeal?

[✓] No       [ ] Yes   Court of Appeals No._____

========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).