# United States Court of Appeals
## For the First Circuit

No. 24-2009

ANTONIO RAMOS-CRUZ,

Petitioner - Appellee,

v.

LORRAINE MARTÍNEZ ADORNO, in their official capacity; JANET PARRA MERCADO, in their official capacity,

Respondents - Appellants,

ANA ESCOBAR-PABON,

Respondent.

**ORDER OF COURT**

Entered: May 14, 2025

    Before the court are petitioner-appellee Antonio Ramos-Cruz's motion to disqualify the firm hired by the Puerto Rico Department of Justice to handle this appeal, as well as a motion to consolidate this appeal with Appeal No. 24-2150, indicating that counsel for petitioner-appellee in that appeal does not oppose consolidation. Respondents-appellants have filed oppositions to both motions.

    The opposed motion seeking to disqualify the firm is denied without prejudice subject to reconsideration before the merits panel.

    The opposed motion to consolidate is granted. Appeal Nos. 24-2009 and 24-2150 are consolidated for purposes of briefing and oral argument. The briefing schedules are hereby vacated, and the clerk will set a new briefing schedule in due course. Appellants shall file a joint brief and appendix.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Rachel Brill

Franco L. Pérez-Redondo
Kevin Lerman
Idza Díaz Rivera
Luis R. Roman-Negron
Omar J. Andino Figueroa
Fernando Figueroa Santiago
Mariola Abreu Acevedo