# United States Court of Appeals
## For the First Circuit

_____

No. 24-2009

ANTONIO RAMOS-CRUZ,

Petitioner - Appellee,

v.

LORRAINE MARTÍNEZ ADORNO, in their official capacity; LOURDES LYNNETTE GÓMEZ TORRES, in their official capacity,

Respondents - Appellants,

ANA ESCOBAR-PABÓN,

Respondent.
_____

No. 24-2150

JUAN CARLOS MELÉNDEZ-SERRANO,

Petitioner - Appellee,

v.

ANA I. ESCOBAR-PABÓN; LOURDES LYNNETTE GÓMEZ TORRES, Attorney General of the Commonwealth of Puerto Rico; VÍCTOR MALDONADO, Warden,

Respondents - Appellants.
_____

**ORDER OF COURT**

Entered: July 7, 2025
Pursuant to 1st Cir. R. 27.0(d)

The brief filed by appellants Lorraine Martínez Adorno, Lourdes Lynnette Gómez Torres, Ana I. Escobar-Pabón, and Víctor Maldonado on June 23, 2025, is not in compliance with the following Local Rule of this court:

- **1st Cir. R. 28.0(a)(1)**, requiring that the appellant include an addendum in the back of its brief,

regardless of whether appellant has filed an appendix. The addendum must contain the judgments, decisions, rulings or orders appealed from, including supporting explanation (e.g., a written or transcript opinion), and in addition, where the district court or agency whose decision is under review was itself reviewing or acting upon the decision of a lower-level decision-maker, that lower-level decision as well (e.g., a recommended decision by a magistrate judge or an initial decision by an administrative law judge). ***The appellants' addendum is missing the challenged "Final Amended Judgment" dated September 30, 2024, regarding Antonio Ramos-Cruz, and the challenged "Final Judgment" dated December 13, 2024, regarding Juan Carlos Meléndez-Serrano.***

Appellants Lorraine Martínez Adorno, Lourdes Lynnette Gómez Torres, Ana I. Escobar-Pabón, and Víctor Maldonado are ordered to file a conforming brief by **July 14, 2025**. The corrected brief must be served on all parties to the appeal, and the certificate of service must be updated to include the new date of service. The due date for appellees' briefs shall run from service of the corrected brief, in accordance with Fed. R. App. P. 31.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Rachel Brill
Franco L. Pérez-Redondo
Kevin Lerman
Idza Díaz Rivera
Luis R. Román-Negrón
Omar J. Andino Figueroa
Fernando Figueroa Santiago
Mariola Abreu Acevedo
Pablo Tufiño-Soto
Juan F. Matos-de Juan
Juan Carlos Meléndez-Serrano