# United States Court of Appeals
## For the First Circuit

---

No. 24-2009

ANTONIO RAMOS-CRUZ,

Petitioner - Appellee,

v.

LORRAINE MARTÍNEZ ADORNO, in the official capacity; LOURDES LYNNETTE GÓMEZ TORRES, in the official capacity,

Respondents - Appellants,

ANA ESCOBAR-PABÓN,

Respondent.

---

No. 24-2150

JUAN CARLOS MELÉNDEZ-SERRANO,

Petitioner - Appellee,

v.

ANA I. ESCOBAR-PABÓN; LOURDES LYNNETTE GÓMEZ TORRES, Attorney General of the Commonwealth of Puerto Rico; VÍCTOR MALDONADO, Warden,

Respondents - Appellants.

---

Before

Barron, Chief Judge,
Gelpí and Montecalvo, Circuit Judges.

---

**ORDER OF COURT**

Entered: August 11, 2025

Petitioner-Appellee Antonio Ramos-Cruz's motion to assign a merits panel for the reconsideration of the May 14, 2025 order addressing his motion to disqualify the firm hired by the Puerto Rico Department of Justice to handle this appeal is <u>denied</u>. The one-judge May 14, 2025 order remains subject to reconsideration before the merits panel. A merits panel will be assigned to this appeal in the ordinary course when briefing is complete.

Appellee Ramos-Cruz's motions to stay briefing pending a decision on his motion to assign a merits panel are denied as moot.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Rachel Brill
Franco L. Pérez-Redondo
Kevin Lerman
Idza Díaz-Rivera
Luis R. Román-Negrón
Omar J. Andino Figueroa
Fernando Figueroa Santiago
Mariola Abreu Acevedo
Pablo Tufiño-Soto
Juan F. Matos-de Juan
Juan Carlos Meléndez-Serrano